1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RED BULL NORTH AMERICA, INC., | CASE NO. CV12-03795 R (AJWx) |
| Plaintiff, | **ORDER RE STIPULATED PROTECTIVE ORDER** |
| v. | |
| NATIONAL WINE & SPIRITS, INC., | |
| Defendant. | |

1   Pursuant to stipulation and agreement by the parties, plaintiff Red Bull North
2 America, Inc. and defendant National Wine & Spirits, Inc., and good cause appearing
3 therefor, the Court HEREBY ENTERS the parties' STIPULATED PROTECTIVE
4 ORDER.
5   **IT IS SO ORDERED.**
6
7
8 DATED:  _October 12, 2012_      _____
                                    Honorable Manual L. Real
9                                   UNITED STATES DISTRICT JUDGE
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28