JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RED BULL NORTH AMERICA, INC., | CASE NO.: CV12-03795 R (AJWx) |
|---|---|
| . | **ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
| NATIONAL WINE & SPIRITS, INC. . | |

1  Based upon the stipulation of the Parties, referencing their Mutual Settlement
2  Agreement and Release, the Complaint filed by Plaintiff Red Bull North America, Inc.
3  against Defendant National Wine & Spirits, Inc. is hereby dismissed with prejudice
4  pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party further agrees
5  to bear its own costs and attorneys' fees in connection with the action.  **IT IS SO**
6  **ORDERED.**

8  DATED:  Nov. 16, 2012        _____
9                                 Honorable Manuel L. Real
10                                UNITED STATES DISTRICT JUDGE