JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| RED BULL NORTH AMERICA, INC. , . NATIONAL WINE & SPIRITS, INC. . | CASE NO.: CV12-03795 R (AJWx)<br><br>**ORDER DISMISSING COMPLAINT WITH PREJUDICE** |
|---|---|

1 | Based upon the stipulation of the Parties, referencing their Mutual Settlement
2 | Agreement and Release, the Complaint filed by Plaintiff Red Bull North America, Inc.
3 | against Defendant National Wine & Spirits, Inc. is hereby dismissed with prejudice
4 | pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party further agrees
5 | to bear its own costs and attorneys' fees in connection with the action.  **IT IS SO**
6 | **ORDERED.**

DATED:  Nov. 16, 2012                          _____
                                               Honorable Manuel L. Real
                                               UNITED STATES DISTRICT JUDGE

1